Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 23, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 23, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00041-CV

____________

 

IN RE RAY BAILEY ARCHITECTS,
INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 20, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

 

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 23, 2004.

Panel consists of
Justices Anderson, Hudson, and Seymore.